

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2016

No. 04-16-00333-CV

**IN RE** Cleo **BUSTAMANTE,** Jr**.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                  Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice

On May 26, 2016, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than June 20, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. All proceedings in the trial court on this matter are stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on May 27, 2016.

PER CURIAM

ATTESTED TO: _____
                        Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-05-27517, styled *Roberto Fernandez and Maria Imelda Flores v. Abaco Consultants, Inc., et al*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.